UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:                                          Chapter 7
Robray Martin                                   Case No. 15-12272
Theresa Martin                                  Honorable Diane Finkle

      Debtors

_____/

### ORDER RE: MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362

Federal Home Loan Mortgage Corporation, by and through its attorneys , having filed a Motion for Relief From Stay regarding Real Property known and numbered as 192 Midget Avenue, Warwick, RI 02886, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Federal Home Loan Mortgage Corporation for Relief From Stay is allowed and Federal Home Loan Mortgage Corporation is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage recorded with Warwick Town Hall records of Land Evidence at Book 6800, on Page 174 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. Pursuant to Local Rule 2016-1(d) attorney's fees in the amount of $550.00 and filing fees in the amount of $176.00 are allowed for the cost of filing the within motion. Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

At _____ this \_\_\_\_\_ day of _____, 2016.

_____
Honorable Diane Finkle
U.S. BANKRUPTCY JUDGE