
True and Certified Copy of what was sent to recording.

## ASSIGNMENT OF MORTGAGE

Regarding this instrument, contact JPMORGAN CHASE BANK, N.A., 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.
FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, JPMORGAN CHASE BANK, N.A., WHOSE ADDRESS IS 700 Kansas Lane, MC 8000, MONROE, LA, 71203, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to FEDERAL HOME LOAN MORTGAGE CORPORATION, WHOSE ADDRESS IS 1551 PARK RUN DR, MCLEAN, VA 22102, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 03/07/2008, made by THERESA M. MARTIN AND ROBRAY R. MARTIN to JPMORGAN CHASE BANK, N.A., and recorded in the Land Evidence Records in the Town of WARWICK, State of Rhode Island, in Book 6800, Page 174 and Instrument # 00004152.

Property is commonly known as: 192 MIDGET AVENUE, WARWICK, RI 02886.

IN WITNESS WHEREOF, JPMORGAN CHASE BANK, N.A. has hereunto set its hand on 12/14/2015 (MM/DD/YYYY).

By: _Gloria JP Crawford_
GLORIA JP CRAWFORD
VICE PRESIDENT

Signed and delivered in the presence of:

_Tom C Boland_                         Witness

STATE OF LOUISIANA
PARISH OF OUACHITA
On 12/14/2015 (MM/DD/YYYY), before me appeared GLORIA JP CRAWFORD, VICE PRESIDENT, to me personally known, who did say that he/she/they is/are the of JPMORGAN CHASE BANK, N.A. and that the instrument was signed on behalf of the corporation (or association), by authority from its board of directors, and that he/she/they acknowledged the instrument to be the free act and deed of the corporation (or association).

_Eva Reese_
Eva Reese
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

EVA REESE
OUACHITA PARISH, LOUISIANA
LIFETIME COMMISSION
NOTARY ID # 17070

Document Prepared By: JPMorgan Chase Bank, N.A., 780 Kansas Lane, Suite A, Monroe, LA, 71203

When Recorded Return To:
JPMorgan Chase Bank, NA
C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North
Palm Harbor, FL 34683