*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Robray Martin and Theresa Martin	BK No. 1:15–bk–12272

Debtor(s)	Chapter 7

---

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
*(this relates to Document # 9)*

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. # 9); filed by Federal Home Loan Mortgage Corporation. ; and it appearing that proper notice was provided; and no objection having been filed,

IT IS HEREBY ORDERED:

(1) Federal Home Loan Mortgage Corporation. is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non–bankruptcy law with respect to:

192 Midget Avenue, Warwick, RI 02886.

(2) The 14–day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure Applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **2/2/16**

Entered on Docket: **2/2/16**
Document Number: **13 – 9**

ogrelstay.jsp #115df

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*